# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL ALEMAN,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>VOLVO CARS OF NORTH AMERICA, LLC,<br>　　　　Defendant. | CV 19-831 DSF (ASx)<br><br>Order to Show Cause re Remand for Lack of Subject Matter Jurisdiction |

　　Defendant removed this case to this Court on the basis of diversity jurisdiction. However, the citizenship of one or more parties is not properly pleaded. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen). Therefore, Defendant is ordered to file an amended notice of removal, with a redlined version sent to the chambers e-mail inbox, no later than March 22, 2019 correcting the jurisdictional allegations. Failure to allege subject matter jurisdiction adequately will result in the case being remanded.

　　IT IS SO ORDERED.


Date: March 7, 2019　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　United States District Judge