# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL ALEMAN, etc.,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>VOLVO CARS OF NORTH<br>AMERICA, LLC, etc., et al.,<br>　　　　Defendants. | CV 19-831 DSF (ASx)<br><br>JUDGMENT |

　　The jury having found in favor of Defendant,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: May 20, 2022

　　　　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge